Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR ACEVEDO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOOT BARN HOLDINGS, INC., and BOOT BARN, INC.,<br><br>Defendants. | **Civil Case No.: 2:23-cv-02625-MEMF-AFM**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

    The parties have reached an agreement in principle to resolve the matter. The parties anticipate memorializing the settlement within the next thirty (30) days.

Dated: September 6, 2023    **BRODSKY & SMITH**

    By: */s/ Evan J. Smith*
         Evan J. Smith (SBN242352)
         Ryan P. Cardona (SBN302113)

         *Attorneys for Plaintiff*