Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

Amy Morissey Turk
aturk@mcguirewoods.com
Paul M. Chappell
pchappell@mcguirewoods.com
MCGUIRE WOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
(214) 932-6472
(214) 273-7473 (fax)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ACEVEDO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOOT BARN HOLDINGS, INC., and BOOT BARN, INC.,<br><br>Defendants. | **Case No.: 2:23-cv-02625-MEMF-AFM**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

STIPULATION OF PARTIES FOR AN ORDER TO DISMISS ACTION PURSUANT TO F.R.CP. 41(a)(1)(A)(ii)

WHEREAS, on or about March 8, 2023, plaintiff Arthur Acevedo ("Plaintiff") filed the instant putative class action against defendants Boot Barn Holdings, Inc. and Boot Barn, Inc. ("Defendants", together with Plaintiff, the "Parties") in the Superior Court of California, County of Los Angeles, where it was assigned Case No. 23STCV05080;

WHEREAS, Defendants removed this matter to federal court on April 7, 2023, where it was assigned Case No. 2:23-cv-02625-MEMF-AFM;

WHEREAS, neither a summary judgment motion, nor a class certification motion has been filed;

WHEREAS, the Parties have resolved the instant action on a non-class and individual basis;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is dismissed with prejudice as to Plaintiff and without prejudice as to the class alleged in the Complaint. The Parties will each bear their own fees and costs.

[SIGNATURES APPEAR BELOW]

STIPULATION OF PARTIES FOR AN ORDER TO DISMISS ACTION PURSUANT TO F.R.CP. 41(a)(1)(A)(ii)

STIPULATED BY AND BETWEEN:

Dated: October 27, 2023    BRODSKY SMITH

By: *Evan J. Smith*
Evan J. Smith (SBN 242352)
Ryan P. Cardona (SBN 302113)

*Attorneys for Plaintiff*

Dated: October 27, 2023    MCGUIRE WOODS LLP

By: *Paul M. Chappell*
Amy Morrissey Turk
Paul M. Chappell

*Attorneys for Defendants*

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

I, Evan J. Smith, counsel for Plaintiff herein, attest that all signatories listed above whose signatures appear electronically as indicated with an "/s/", and on whose behalf this filing is submitted, concur in the filing's content and have authorized such filing.

By: */s/ Evan J. Smith*
Evan J. Smith (SBN 242352)