UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ACEVEDO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOOT BARN HOLDINGS, INC., and BOOT BARN, INC.,<br><br>Defendants. | Case No.: 2:23-cv-02625-MEMF-AFM<br><br>**ORDER TO DISMISS ACTION PURSUANT TO F.R.C.P. 41 [ECF NO. 28]** |

/ / /

Pursuant to the parties' Stipulation of Dismissal (ECF No. 28), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The action is dismissed with prejudice as to Plaintiff Arthur Acevedo and without prejudice as to the class alleged in the Complaint. The Parties will each bear their own fees and costs.

IT IS SO ORDERED.

Dated: December 18, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge